UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shadman Karim,<br><br>                                  **Plaintiff,**<br><br>          -against-<br><br>Niurca Acosta, et al.,<br><br>                                  **Defendants.** | 1:25-cv-05552 (VSB) (SDA)<br><br>**ORDER** |

**STEWART D. AARON, United States Magistrate Judge**:

For the reasons stated on the record during today's telephone conference, it is hereby ORDERED as follows:

1. No later than August 27, 2025, Plaintiff's counsel shall send defendant Randalee Mae Acosta ("Acosta") a revised affidavit of no insurance ("affidavit").

2. No later than September 10, 2025, Acosta shall execute the affidavit in the presence of a notary and return it to Plaintiff's counsel.

3. No later than October 6, 2025, Plaintiff shall file an amended complaint.

**SO ORDERED.**

Dated:   New York, New York
         August 20, 2025

_____
STEWART D. AARON
United States Magistrate Judge