UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                      :

SHADMAN KARIM,                            :

                            Plaintiff,    :
                                                        :          25-CV-5552 (VSB) (SDA)
                   -against-                :
                                                         :                **ORDER**

RANDALEE MAE ACOSTA, *et al.*,        :

                           Defendants.   :
                                                         :
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

       After obtaining leave to amend, Plaintiff filed an amended complaint on October 27, 2025, (Doc. 24), and filed an affidavit of service as to Defendant Yovanni N. Bisono on September 18, 2025, (Doc. 29). The deadline for Defendant Bisono to respond to Plaintiff's amended complaint was September 29, 2025. Defendant Randalee Mae Acosta has appeared pro se in this action, and filed a consent form to receive electronic service by the ECF system on July 28, 2025. (Doc. 10.) To date, Defendants have not appeared or responded to the amended complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than October 22, 2205. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 1, 2025
              New York, New York

                                                      VERNON S. BRODERICK
                                                      United States District Judge