UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :

Shadman Karim,                       :

                            :

                    Plaintiff,    :

                            :                25-cv-5552 (VSB)

                -against-      :

                            :                ORDER

Randalee Mae Acosta and Yovanni N. Bisono  :
a/k/a Yovanny N. Bisono,       :

                            :

                   Defendants.  :

                            :

----------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, <u>United States District Judge</u>:

On August 27, 2025, Plaintiff filed an Amended Complaint against Defendant Yovanni

N. Bisono.  (Doc. 24.)  Plaintiff obtained a summons on August 28, 2025.  (Doc. 28.)  Even after

Magistrate Judge Stewart Aaron issued an order on October 28, 2025 requiring that Plaintiff

effectuate valid service of the Summons and Amended Complaint upon Defendant Bisono by

December 31, 2025, (Doc. 35 ¶ 3), Plaintiff to date has still not filed an affidavit of service or

taken any other action to prosecute this case against Bisono.

On January 6, 2026, I ordered Plaintiff to file a letter by no later than January 19, 2026

demonstrating good cause as to why this case should not be dismissed against Defendant Bisono

pursuant to Federal Rule of Civil Procedure 4(m).  (Doc. 38.)  I specifically warned Plaintiff that

"failure to submit a letter and to demonstrate good cause for failure to serve Defendant Bisono

within ninety days after the complaint was filed will result in dismissal of this action against

Defendant Bisono."  (*Id.*)  Because Plaintiff has failed to do so, this case is dismissed under Rule

4(m) against Defendant Bisono.

The Clerk of Court is respectfully directed to terminate Defendant Bisono.

SO ORDERED.

Dated:        January 29, 2026
              New York, New York

Vernon S. Broderick
United States District Judge