UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shadman Karim,<br><br>Plaintiff,<br><br>-against-<br><br>Randalee Mae Acosta and Yovanni N. Bisono a/k/a Yovanny N. Bisono,<br><br>Defendants. | 25-cv-5552 (VSB)<br><br>ORDER |

VERNON S. BRODERICK, United States District Judge:

On November 13, 2025, the Clerk of Court entered a certificate of default against Defendant Randalee Mae Acosta ("R.M. Acosta"). (Doc. 37.) At the time, however, Magistrate Judge Stewart D. Aaron indicated that "Plaintiff shall refrain from seeking a default judgment against R.M. Acosta until this action has concluded as to Defendant [Yovanni N.] Bisono, by trial, motion or otherwise." (Doc. 36 at 6.) This action has since been terminated against Defendant Yovanni N. Bisono. (*See* Doc. 39.) However, to date, Plaintiff has not pursued default judgment against Defendant R.M. Acosta.

Accordingly, I hereby ORDER Plaintiff to file a motion for default judgment against Defendant R.M. Acosta and all accompanying papers as required by Rule 4(H) of my Individual Rules & Practices in Civil Cases by October 5, 2026. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation against Defendant R.M. Acosta, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: September 17, 2026
New York, New York

Vernon Broderick

Vernon S. Broderick
United States District Judge