UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Shadman Karim, Plaintiff, -against- Randalee Mae Acosta and Yovanni N. Bisono a/k/a Yovanny N. Bisono, Defendants. | 25-cv-5552 (VSB) ORDER |

VERNON S. BRODERICK, United States District Judge:

On July 7, 2025, Plaintiff filed this action against Defendants alleging a negligence claim and other damages arising from a vehicular collision. (Doc. 1.) On November 13, 2025, the Clerk of Court entered a certificate of default against Defendant Randalee Mae Acosta ("R.M. Acosta"). (Doc. 37.) At the time, however, Magistrate Judge Stewart D. Aaron indicated that "Plaintiff shall refrain from seeking a default judgment against R.M. Acosta until this action has concluded as to Defendant [Yovanni N.] Bisono, by trial, motion or otherwise." (Doc. 36 at 6.) This action has since been terminated against Defendant Yovanni N. Bisono. (*See* Doc. 39.) Because Plaintiff had still not pursued default judgment against Defendant R.M. Acosta, on September 17, 2026, I ordered Plaintiff to file a motion for default judgment against Defendant R.M. Acosta and all accompanying papers by October 5, 2026 and warned Plaintiff that if he failed to "demonstrate that he intends to prosecute this litigation against Defendant R.M. Acosta, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)." (Doc. 40.) Plaintiff has failed to do so, and Plaintiff's counsel has repeatedly missed deadlines.

Accordingly, Plaintiff's claims against Defendant R.M. Acosta are dismissed without

prejudice pursuant to Rule 41(b). The Clerk of Court is respectfully directed to terminate this action.

SO ORDERED.

Dated: October 6, 2026
New York, New York

Vernon S. Broderick
United States District Judge